NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7091

ROBERT F. MALONEY

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 05-2383, Judge Bruce E. Kasold.

Before LOURIE, FRIEDMAN, and GAJARSA, Circuit Judges.

PER CURIAM

## ORDER

Robert F. Maloney responds to this court's order directing him to show cause why his appeal should not be dismissed as untimely filed.

An appeal of a judgment of the United States Court of Appeals for Veterans Claims must be filed within 60 days of the date of entry of judgment. U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1). The time limit for filing a notice of appeal is jurisdictional. See Bowles v. Russell, 551 U.S. 205 (2007) (timely filing of notice of appeal in civil case is jurisdictional requirement); Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 61 (1982) ("It is well settled that the requirement of a timely notice of appeal is 'mandatory and jurisdictional.' " (citation omitted)). Thus, the requirement that Maloney timely file a notice of appeal may not be waived. See Oja v. Army, 405 F.3d 1349, 1358 (Fed. Cir. 2005) (time provisions of Fed. R. App. P. 4(a) are

not subject to equitable tolling). Maloney's notice of appeal was received by the Court of Appeals for Veterans Claims 74 days after the entry of judgment. Thus, the appeal must be dismissed as untimely filed.

Accordingly,

IT IS ORDERED THAT:

(1)    The appeal is dismissed as untimely filed.

(2)    Each side shall bear its own costs.

FOR THE COURT

OCT 0 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Robert F. Maloney
       Robert C. Bigler, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 9 2009

JAN HORBALY
CLERK